UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61751-CIV-ZLOCH

AVA H. DRUCKMAN,

    Plaintiff,

vs.                        **FINAL ORDER OF DISMISSAL**

ALW SOURCING, LLC and
MEDCLR, INC.,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Ava H. Druckman's Notice Of Voluntary Dismissal With Prejudice (DE 5). The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Ava H. Druckman's Notice Of Voluntary Dismissal With Prejudice (DE 5), filed herein, be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   16th   day of December, 2009.

                                        /s/ William J. Zloch
                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:
All Counsel of Record